# Court of Appeals
## Tenth Appellate District of Texas

10-25-00404-CR

Africa Jacobs,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
County Court at Law No. 2 of McLennan County, Texas
Judge T. Bradley Cates, presiding
Trial Court Cause No. 20250262CR2

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Africa Jacobs appealed the trial court's judgment of conviction for burglary of a motor vehicle signed on October 28, 2025. On February 10, 2026, Jacobs filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). The motion was signed by Jacobs and his attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Jacobs's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  February 12, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Motion granted
Do not publish
CR25

